**WO**                                                                                                           SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Demar Shivers, | No. CV 10-1175-PHX-GMS (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Phoenix Police Department, et al., | |
| Defendants. | |

Plaintiff Corey Demar Shivers, who is confined in the Fourth Avenue Jail in Phoenix, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, which the Court dismissed with leave to amend. (Doc. 1, 5.) Plaintiff has filed a motion to dismiss this case without prejudice. (Doc. 7.)

Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure provides in relevant part that a "plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary[.]" The Court will construe Plaintiff's motion to dismiss without prejudice as a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS ORDERED:**

(1) The Court construes Plaintiff's "Motion to Dismiss Case Without Prejudice" as a notice of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 7.)

(2) The Clerk of Court must enter a judgment of dismissal of this action without

prejudice.

DATED this 18th day of August, 2010.

_____
G. Murray Snow
United States District Judge