**WO**                                                                                           SC

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Demar Shivers, | No. CV 10-1175-PHX-GMS (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Phoenix Police Department, et al., | |
| Defendants. | |

Plaintiff Corey Demar Shivers, who is confined in the Fourth Avenue Jail in Phoenix, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, which the Court dismissed with leave to amend. (Doc. 1, 5.) Plaintiff then filed a motion to dismiss this case without prejudice. (Doc. 7.) In an Order filed on August 18, 2010, the Court construed the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure. (Doc. 9.) Plaintiff has filed a motion to stop litigation fees from being withdrawn from his inmate trust account for the filing fee for this case. Plaintiff's motion will be denied.

Regardless of the status of this case, Plaintiff remains obligated to pay the filing fee in full. "[I]f a prisoner brings a civil action . . . *in forma pauperis*, the prisoner shall be required to pay the full amount of the filing fee." 28 U.S.C. § 1915(b)(1). Plaintiff became liable for the filing fee upon the filing of his Complaint in this case. (Doc. 5.) The subsequent voluntary dismissal of this action does not absolve him of the obligation and § 1915 does not provide any authority or mechanism for the Court to excuse Plaintiff from

having to pay the filing fee in full.

**IT IS ORDERED** that Plaintiff's motion to stop litigation fees is **denied**. (Doc. 11.)

DATED this 8th day of September, 2010.

G. Murray Snow
United States District Judge